IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:14-cr-102-CRB-002 |
| Plaintiff, | **ORDER DENYING REQUEST FOR APPOINTED COUNSEL** |
| v. | |
| EDMOND ROBLES, | |
| Defendant. | |

On April 21, 2017, the Court received a letter from Defendant Edmond Robles requesting appointed counsel to represent him while moves to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. See Mot. to Appoint Counsel (dkt. 321). The Court DENIES the request. Criminal defendants are not entitled to appointed counsel when, as contemplated here, they are mounting collateral attacks upon their convictions. See Pennsylvania v. Finley, 481 U.S. 551, 555 (1987); accord United States v. Angelone, 894 F.2d 1129, 1130 (9th Cir. 1990).

**IT IS SO ORDERED.**

Dated: May 8, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE